May 27, 2005

Mr. Michael W. Eady
Thompson, Coe, Cousins & Irons, L.L.P.
701 Brazos, Suite 1500
Austin, TX 78701

Mr. J. Michael Myers
Ball & Weed, P.C.
745 East Mulberry, Suite 500
San Antonio, TX 78212-3191
Honorable Jose Roberto Flores
Hidalgo County Courthouse, Attn: 139th District Court
100 North Closner Street
Edinburg, TX 78539

Mr. John Gregory Escamilla
Watts Law Firm, L.L.P.
1059 N. 10th Street, Suite C
McAllen, TX 78504

RE: Case Number: 05-0374
 Court of Appeals Number: 13-05-00303-CV
 Trial Court Number: C-1864-04-A

Style: IN RE FORD MOTOR COMPANY

Dear Counsel:

 Pursuant to Texas Rule of Appellate Procedure 52.8(c), without hearing
oral argument, the Court conditionally grants the petition for writ of
mandamus and issued the enclosed per curiam opinion. The stay order issued
May 13, 2005 is lifted.

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Cathy Wilborn |
| |Mr. Omar Guerrero |
| |Mr. Thomas O. Matlock|
| |Jr. |